IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-183-KDB-DCK

| | |
|---|---|
| JESSICA REHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NELNET, INC, TRANSUNION, LLC, and ) | |
| EQUIFAX INFORMATION SERVICES LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) filed by Christy C. Dunn, concerning Amanda Loughmiller, on May 11, 2022. Amanda Loughmiller seeks to appear as counsel *pro hac vice* for TransUnion LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) is **GRANTED**. Amanda Loughmiller is hereby admitted *pro hac vice* to represent TransUnion LLC.

**SO ORDERED**.

Signed: May 11, 2022

David C. Keesler
United States Magistrate Judge